UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 06-189 (PAM/JSM)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| v. ) | FINAL ORDER |
| ) | OF FORFEITURE |
| JANICE M. STEPP, ) | |
| ) | |
| DEFENDANT. ) | |

WHEREAS, on December 12, 2006, this Court entered a Preliminary Order of Forfeiture forfeiting certain property to the United States pursuant to Title 18, United States Code, Section 492, in conjunction with Title 28, United States Code, Section 2461(c);

WHEREAS, on January 10, 17 and 24, 2007, the plaintiff published notice of the forfeiture in *Finance and Commerce*, Minneapolis, Minnesota, of the United States' intent to dispose of the property in accordance with law, and of the right of third parties to petition the Court within 30 days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. all right, title and interest in the following property is forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 492, in conjunction with 28 U.S.C. § 2461(c):

    a. a Hewlett Packard Office Jet all-in-one printer, model D135, serial number SG299D20NR;

    b. a Cannon Pixma copier-fax-scanner-printer, model MP780, serial number AHB226620;

    c. a 12-inch X-Acto paper cutter, model 26234;

    d. assorted white, yellow, and beige resume paper; and

    e. a ream of Southworth Granite paper;

2. the above-described property shall be disposed of by the United States Secret Service in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 9, 2007        s/Paul A. Magnuson
                              PAUL A. MAGNUSON
                              United States District Court Judge